784

Denise D. NELSON, Appellant,

v.

Vincent L. HARPER and Judi Harper, Respondents.

No. WD 45600.

Missouri Court of Appeals, Western District.

May 5, 1992.

Jefferson G. Broady, Rock Port, for appellant.

Thomas W. Kennish, Mound City, for respondents.

Before LOWENSTEIN, C.J., and BERREY and SPINDEN, JJ.

ORDER

PER CURIAM.

Appeal from the trial court's dismissal of appellant's cause of action.

Affirmed. Rule 84.16(b).